[No. 32397-4-II. Division Two. February 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM JOHN JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-01805-5, Stephen M. Warning, J., entered October 13, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.

[No. 32500-4-II. Division Two. February 14, 2006.]

JOHN J. BLACK ET AL., *Plaintiffs,* TROUP, CHRISTNACHT, LADENBURG, McKASY & DURKIN, INC., P.S. ET AL., *Appellants,* v. GLADE M. ROSS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Mason County, No. 04-2-00180-7, Toni A. Sheldon, J., entered November 8, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 32608-6-II. Division Two. February 14, 2006.]

DAVID H. VANCE ET AL., *Respondents,* v. PHILLIP A. MASSEY, *as Trustee, Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-2-00997-1, James J. Stonier, J., entered December 1, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.